```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 08348
    PATRICE D. KENNEDY
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-7498
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/13/06 and confirmed on 11/08/06.

2. The case was dismissed after confirmation, 11/02/2007.

3. The Debtor paid a total of $ 10200.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | 5800.20 | .00 | 5800.20 |
| TCF BANK | SECURED | 3000.00 | 175.69 | 755.26 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| MAGES & PRICE | UNSECURED | NOT FILED | .00 | .00 |
| MIDWESTERN FINANCIAL COR | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS BANK CONSUMER LOA | UNSECURED | 15670.68 | .00 | .00 |
| MIDWESTERN FINANCIAL COR | UNSECURED | 5068.06 | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8800.20 | .00 | 20738.74 | .00 | 29538.94 |
| PRINCIPAL PAID | 6555.46 | .00 | .00 | .00 | 6555.46 |
| INTEREST PAID | 175.69 | .00 | .00 | .00 | 175.69 |
| TOTAL PAID | 6731.15 | .00 | .00 | .00 | 6731.15 |

The Debtor's attorney, DAVID M SIEGEL                , was allowed $    3000.00 and was paid $   3000.00 .

The Trustee received $     468.85 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 03/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
         CASE NO. 06 B 08348 PATRICE D. KENNEDY
```